AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) | Case: 1:24-mj-00051 |
| v. | ) | Assigned To : Harvey, G. Michael |
| Andrew Carvajal | ) | Assign. Date : 2/8/2024 |
| | ) | Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   __Andrew Carvajal__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, and Demonstrating in a Capitol Building.

Date:   __02/08/2024__

*Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2024.02.08 12:15:41 -05'00'

City and state:   __Washington, D.C.__   __G. Michael Harvey, U.S. Magistrate Judge__
*Printed name and title*

---

### Return

This warrant was received on *(date)* __02/08/2024__, and the person was arrested on *(date)* __02/20/2024__
at *(city and state)* __Riverside, California__.

Date: __02/20/2024__

*Arresting officer's signature*

SA Patrick Gonzales
*Printed name and title*