**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| v. | : | Case No.:   24-CR-97 (CKK) |
| | : | |
| | : | |
| ANDREW CARVAJAL, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the

Court that Assistant United States Attorney Aliya S. Khalidi is entering her appearance as

counsel in the above-captioned matter.

 

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Aliya S. Khalidi*
       Aliya S. Khalidi
       MA Bar No. 682400
       Assistant United States Attorney
       601 D Street NW
       Washington, DC 20850
       (202) 252-2410
       Aliya.khalidi@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 6th day of March 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Aliya S. Khalidi
Aliya S. Khalidi
Assistant United States Attorney