**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW CARVAJAL,<br><br>Defendant. | Case No. 1:24-cr-00097-CKK-1 |

**NOTICE OF APPEARANCE**

    Deputy Federal Public Defender Chad Pennington, enters his Notice of Appearance to act as co-counsel on behalf of Defendant Andrew Carvajal.

    Please make all necessary changes to the court's Case Management/Electronic Case Filing System to accurately reflect this assignment and to ensure that defense counsel receives all notifications relating to filings in this case.

    Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: December 2, 2024    By  */s/ Chad Pennington*

CHAD PENNINGTON (Bar No. 354831 )
Deputy Federal Public Defender
3801 University Avenue, Suite 700
Riverside, California  92501
Telephone:  (951) 276-6346
(E-Mail:  Chad_Pennington@fd.org)